

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-16-00088-CR

Style:      Bruce Edward Gorden

     **v**. The State of Texas

Date motion filed:      April 13, 2016

Type of motion:      Unopposed Motion to Substitute Counsel

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due:

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     Sorcha Landau is permitted to withdraw from representing appellant, and the Clerk of this Court is directed to substitute Seth Kretzer for Sorcha Landau as appellant's lead counsel. *See* TEX. R. APP. P. 6.1, 6.5.

Judge's signature:    /s/ Terry Jennings
         ☑ Acting individually      ☐ Acting for the Court

Date: April 19, 2016